IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 16-30091-MJR |
| vs. ) | |
| ) | |
| EDWARD POWELL, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S NOTICE OF ELEMENTS OF THE OFFENSE, STATUTORY PENALTIES AND ANTICIPATED ADVISORY GUIDELINE RANGE

To sustain the charge of Possession of Contraband by a Federal Inmate, as charged in the Indictment, the Government must prove the following propositions beyond a reasonable doubt:

FIRST:   the defendant was an inmate of a Federal prison or correctional facility at the time stated in the indictment;

SECOND:   at the time, the defendant knowingly possessed the object described in the indictment; and

THIRD:   the object was a prohibited object.

## PENALTIES

A term of imprisonment of not more than 5 years, a fine up to $250,000, or both, a term of supervised release of not more than 3 years, and a $100 special assessment, **to be served consecutively to the remainder of the defendant's current sentence in case number 4:07-00482-SNL from the United States District Court for the Eastern District of Missouri.**

### Government's Position on the Advisory Guideline Range

The Government anticipates that the base offense level in this case will be six (6) pursuant to §2P1.2(a)(3). The Government anticipates that, because the defendant entered a timely plea, he will receive a two-level downward adjustment for acceptance of responsibility, thus resulting in an adjusted offense level of four (4). A preliminary examination of the

defendant's criminal history shows a total of nine (9) points, which would place him in a Category V.  An offense level 4, Criminal History Category V, equates with an advisory guideline range of 2-8 months, **to be served consecutively to the remainder of the defendant's current sentence in case number 4:07-00482-SNL from the United States District Court for the Eastern District of Missouri,** and a fine range of $500 to $9,500.

    Respectfully submitted,

    DONALD S. BOYCE
    United States Attorney

    s/*Angela Scott*
    ANGELA SCOTT
    Assistant United States Attorney
    Nine Executive Drive
    Fairview Heights, IL  62208
    (618) 628-3700 (office)
    (618) 628-3730 (fax)
    E-mail:  Angela.Scott@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 16-30091-MJR |
| vs. ) | |
| ) | |
| EDWARD POWELL, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2016, I electronically filed the **Government's Notice of Elements of the Offense, Statutory Penalties, and Anticipated Advisory Guideline Range** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Eric Butts, Esq.

Respectfully submitted,

DONALD S. BOYCE
United States Attorney

s/*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700 (office)
(618) 628-3730 (fax)
E-mail:  Angela.Scott@usdoj.gov