IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 16-30091-MJR |
| vs. | ) | |
| | ) | |
| EDWARD POWELL, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF FACTS**

The parties hereby stipulate that, if this case had proceeded to trial, the Government would have proven the following beyond a reasonable doubt:

1. On May 8, 2016, Defendant Edward Powell was an inmate at the Federal Correctional Institution at Greenville, Illinois, (hereinafter "FCI-Greenville"), in Bond County, within the Southern District of Illinois.

2. On the above date, an officer monitoring the visiting room observed the defendant and his visitor switch a bag of Doritos between the two. Based on this behavior, the visit was ended and the Doritos bag passed to Powell, and in his possession, was inspected. Inside that bag were eight (8) small blue balloons that contained a green leafy substance that field tested positive for marihuana. In addition, the defendant was immediately placed in a dry cell after his visit ended so that his bowel movements could be monitored.

3. On May 9, 2016, the defendant defecated out two (2) balloons that contained a green leafy substance which field tested positive for marihuana.

4. In a voluntary, videotaped interview on July 11, 2016, Powell admitted possession of the two (2) balloons of marihuana that he defecated out but claimed that he had ingested them prior to his visit.

5. The total weight of the marihuana recovered was 4.45 grams. Marihuana is a prohibited object for a federal inmate to possess.

6. This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the defendant's guilty plea and is not necessarily an exhaustive account of the defendant's criminal activity.

**SO STIPULATED:**

EDWARD POWELL
Defendant

ANGELA SCOTT
Assistant United States Attorney

ERIC BUTTS
Attorney for Defendant

Date: 11/10/16

Date: 11/10/16